## DICK McINTOSH AND MARTHA McINTOSH *v.* GEORGE MURPHY AND MURPHY MOTORS, LIMITED, A HAWAII CORPORATION.

### No. 4828.

JUNE 12, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON
AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Abe and Kobayashi, JJ., having dissented from the majority in the original opinion, do not concur.

*Ted Gamble Clause* and *L. Richard Fried, Jr.* (*Pratt, Moore, Bortz & Case* of counsel) for the petition.